IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 18-51453 |
| | ) | |
| WILLIAM H. SCHMOLDT | ) | CHAPTER 7 |
| ANGELA M. SCHMOLDT | ) | |
| Debtors | ) | HON. ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| ********************************** | ) | |
| | ) | |
| MARC P. GERTZ, Trustee in Bankruptcy | ) | ADV. PROCEEDING NO |
| for William and Angela Schmoldt | ) | |
| Planitiff, | ) | |
| vs. | ) | C O M P L A I N T: |
| | ) | **PREFERENCE AVOIDANCE** |
| NCP Finance Ohio LLC | ) | |
| Attn: Lee Schear, President and CEO | ) | |
| 205 Sugar Camp Circle, Dept CM | ) | |
| Dayton, OH 45409 | ) | |
| Defendant. | ) | |

Now comes Plaintiff, Marc P. Gertz, and for his Complaint states as follows:

1. Jurisdiction herein is predicated upon the provisions of 28 U.S.C. §1334, 28 U.S.C. §157 (a) and (b) and 11 U.S.C. §547. This matter is a core proceeding as defined by the provisions of 28 U.S. C. §157.

2. Plaintiff is the duly appointed, qualified and acting Chapter 7 Trustee herein, having been so appointed on June 22, 2018.

3. On June 19, 2018, Debtors filed a Chapter 7 bankruptcy proceeding in the U.S. Bankruptcy Court, Northern District of Ohio, Eastern Division.

4. Within Ninety (90) days of said filing date, Defendant collected the sum of One Thousand Five Hundred Ninety-Eight Dollars and Twenty-Eight Cents ($1,598.28) from the Debtors.

5. The receipt of said funds represents a preference which occurred within the 90 days preceding the date of the Debtors' bankruptcy filing.

6. At the time of said payments, the Debtors were insolvent or as a result of said preference, the Debtors became insolvent.

7. Said payments were on account of an antecedent debt and was made within 90 days before the filing of the petition.

8. Unless said funds are paid to the estate, the defendant will be placed in a disproportionate advantageous position than it would have been in if said funds would not have been received.

WHEREFORE, Plaintiff prays that the aforesaid preference placed by NCP Finance Ohio, LLC be avoided, that Defendant pay Plaintiff's costs ($350.00) herein, and for such further and additional relief as may be appropriate.

Respectfully submitted,

/s/ Marc P. Gertz
Marc P. Gertz, #0003808
Chapter 7 Trustee
Day Ketterer, LLC
11 S. Forge St.
Akron, OH  44304
(330) 376-8336 Telephone
(330) 376-2522 Facsimile
mpgertz@dayketterer.com