IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ( CHAPTER 7
(
WILLIAM H. SCHMOLDT (
ANGELA M. SCHMOLDT ( CASE NO: 18-51453
     Debtor (
*********************************** ( ADVERSARY PROCEEDING:
Marc P. Gertz, Trustee in Bankruptcy for: (  CASE NO: 19-5075
 William & Angela Schmoldt (
             (
      Plaintiff (
Vs ( JUDGE ALAN M. KOSCHIK
             (
 NCP Finance Ohio, LLC (
             (
      Defendant. ( **NOTICE OF VOLUNTARY DISMISSAL**

  Now comes Marc P. Gertz, Chapter 7 Trustee/Plaintiff and hereby gives notice of the

dismissal, with prejudice, of the within Complaint filed against NCP Finance Ohio, LLC, based

upon payment in full received from the defendant.

        /s/ Marc P. Gertz
        Marc P. Gertz, #0003808
        Chapter 7 Trustee
        Day Ketterer, Ltd.
        11 S. Forge St.
        Akron, OH 44304
        330.376.8336 - Phone
        330.376.2522 - Fax
        mpgertz@dayketterer.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 8, 2019, a true and correct copy of Notice of Dismissal was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    US Trustee's Office

And by regular U.S. mail, postage paid, on:

    NCP Finance Ohio, LLC, Attn: John Langenderfer, General Counsel at 205 Sugar Camp Circle, Dayton, OH 45409

/s/ Marc P. Gertz
Marc P. Gertz
Chapter 7 Trustee